**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MARY M. RUBENSTEIN              :    CHAPTER 13

      Debtor                                         :
                                :    Case No 23-11687

**CERTIFICATE OF SERVICE**

       I, Carol B. McCullough, Esquire, hereby certify the 1ST Amended Plan on all creditors on all creditors by ECF notice on October 18, 2023.

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates
Attorney for Debtor

Dated: October 18, 2023

Trustee

U.S. Trustee's Office

All creditors on claims register

Debtor