# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 13** |
| **MARY M. RUBENSTEIN,** | **BANKRUPTCY NO. 23-11687-MDC** |
| Debtor. | |

## PRAECIPE TO WITHDRAW OBJECTION OF MONTGOMERY COUNTY TAX CLAIM BUREAU TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw, without prejudice, the Objection of Montgomery County Tax Claim Bureau to Confirmation of the Debtor's Chapter 13 Plan filed on October 16, 2023, docket number 37.

Dated: January 22, 2024

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel: 215-665-3066
*Counsel to Montgomery County Tax Claim Bureau*

4893-3774-7615 v1-1/22/24