**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **MARY M. RUBENSTEIN,** | : | **BANKRUPTCY NO. 23-11687-MDC** |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, do herby certify that on January 22, 2024, I caused a true and correct copy of the foregoing Praecipe to Withdraw the Objection of Montgomery County Tax Claim Bureau to Confirmation of the Debtor's Chapter 13 Plan to be served via the Court CM/ECF Systems or electronic means on the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

4893-3774-7615 v1-1/22/24

## SERVICE LIST

PAUL H. YOUNG, Esq. as counsel for Debtor, Mary M. Rubenstein
support@ymalaw.com

Mary M. Rubenstein
3032 Susquehanna Road
Abington, PA 19001

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST, Esq., United States Trustee
ecfemails@ph13trustee.com

KELLY LYN EBERLE, on behalf of Bucks County Tax Claim Bureau
keberle@grimlaw.com

MICHAEL KEVIN MARTIN, on behalf of Bucks County Tax Claim Bureau
mmartin@grimlaw.com

JAMES RANDOLPH WOOD, on behalf of Upper Dublin School District
jwood@portnoffonline.com

ADAM BRADLEY HALL, on behalf of WELLS FARGO BANK, N.A.
amps@manleydeas.com

ALYK L OFLAZIAN, on behalf of WELLS FARGO BANK, N.A.
amps@manleydeas.com